# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHALENE JOHNSON**, | : | **CIVIL ACTION NO. 1:12-CV-444** |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| **FEDERAL EXPRESS CORPORATION**, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 8th day of January, 2014, upon consideration of plaintiff Cathalene Johnson's motion to exclude non-disclosed evidence (Doc. 82), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Johnson's motion to exclude non-disclosed evidence (Doc. 82) is DENIED.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania