IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHALENE JOHNSON**, | : | CIVIL ACTION NO. 1:12-CV-444 |
| Plaintiff, | : | (Chief Judge Conner) |
| v. | : | |
| **FEDERAL EXPRESS CORPORATION**, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 10th day of February, 2014, upon consideration of the motion for partial summary judgment (Doc. 67) filed by plaintiff Cathalene Johnson ("Johnson"), and the motion for summary judgment (Doc. 71) filed by defendant Federal Express Corporation ("FedEx"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Johnson's motion (Doc. 67) is DENIED, and FedEx's motion (Doc. 71) is GRANTED in part and DENIED in part, as follows:

1. The motion (Doc. 71) is GRANTED with respect to all claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, as amended ("Title VII") and the Pennsylvania Human Relations Act, 43 PA. CONS. STAT. §§ 951 *et seq.* (the "PHRA") against Federal Express Corporation for any and all acts prior to July 6, 2010.

2. The motion (Doc. 71) is GRANTED with respect to all claims pursuant to the Civil Rights Act of 1991, 42 U.S.C. § 1981 ("Section 1981") against Federal Express Corporation for any and all acts prior to March 12, 2008.

3. The motion (Doc. 71) is GRANTED with respect to all claims pursuant to the Equal Pay Act, 29 U.S.C. § 206(d) (the "EPA").

4. The motion (Doc. 71) is DENIED in all other respects.

5. The Clerk of Court is directed to DEFER entry of judgment until the resolution of all claims.

6. A revised scheduling order setting this matter for trial shall issue by future order of the court.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania