IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHALENE JOHNSON**, | : CIVIL ACTION NO. 1:12-CV-444 |
| Plaintiff, | : (Chief Judge Conner) |
| v. | : |
| **FEDERAL EXPRESS CORPORATION**, | : |
| Defendant. | : |

# **ORDER**

AND NOW, this 28th day of February, 2014, upon consideration of the twelve motions *in limine* (Doc. 63) filed by defendant Federal Express Corporation, and the motion *in limine* (Doc. 65) filed by plaintiff Cathalene Johnson, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion *in limine* (Doc. 63) is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED with respect to nos. 2, 5, 11, and 12;

    b. The motion is DENIED with prejudice with respect to no. 1; and

    c. The motion is DENIED without prejudice with respect to nos. 3, 4, 6, 7, 8, 9, and 10.

2. Plaintiff's motion *in limine* (Doc. 65) is GRANTED.

 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania