# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHALENE JOHNSON,** | : | **CIVIL ACTION NO. 1:12-CV-444** |
| **Plaintiff,** | : | **(Chief Judge Conner)** |
| v. | : | |
| **FEDERAL EXPRESS CORPORATION,** | : | |
| **Defendant.** | : | |

## **ORDER**

AND NOW, this 22nd day of April, 2014, upon consideration of the motion for reconsideration (Doc. 108) pursuant to Federal Rule of Civil Procedure 59(e), filed by defendant Federal Express Corporation, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that the motion for reconsideration (Doc. 108) is DENIED.

                              /S/ CHRISTOPHER C. CONNER
                              Christopher C. Conner, Chief Judge
                              United States District Court
                              Middle District of Pennsylvania