# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHALENE JOHNSON**, | : | CIVIL ACTION NO. 1:12-CV-444 |
| **Plaintiff**, | : | (Chief Judge Conner) |
| v. | : | |
| **FEDERAL EXPRESS CORPORATION**, | : | |
| **Defendant.** | : | |

## **ORDER**

AND NOW, this 24th day of April, 2014, upon consideration of defendant Federal Express Corporation's motion *in limine* (Doc. 115) to preclude evidence regarding plaintiff Cathalene Johnson's resignation, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion *in limine* (Doc. 115) is GRANTED in part and DENIED in part as follows:

   a. The motion is GRANTED with respect to the introduction of any additional claims for harassment, constructive discharge, or retaliation, and the characterization of Johnson's resignation as voluntary, forced, or constructive discharge; and

   b. The motion is DENIED without prejudice with respect to the factual circumstances and reasons for Johnson's resignation.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania